UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                                                                  Criminal Action No. 3:25cr81-1

MALEKO KERSEY,
           Defendant.

## ORDER ACCEPTING PLEA OF GUILTY

This matter is before the Court for consideration of a Report and Recommendation by the United States Magistrate Judge Summer L. Speight recommending that the Court accept the guilty plea of the defendant, Maleko Kersey, to Count One in the pending matter pursuant to a plea hearing proceeding conducted by Judge Speight with the consent of Kersey and counsel. (ECF No. 30.) It appearing that Judge Speight made full inquiry and findings pursuant to Rule 11; that Kersey received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

ORDERED that the Report and Recommendation and findings of Judge Speight are ADOPTED; the Court ACCEPTS Kersey's guilty plea to Count One of the criminal information. The Court DIRECTS the United States Probation Office to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

Date: 9 July 2025
Norfolk, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge